Marin **ROBLES–DOROTEO;** Martha Heroina Gomez–Santos, Petitioners,

v.

Michael B. **MUKASEY,*** Attorney General, Respondent.

No. 05–74159.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 3, 2007.**

Filed Dec. 10, 2007.

Elsa I. Martinez, Esq., Martinez Goldsby & Associates, Los Angeles, CA, for Petitioner.

CAC–District Counsel, Esq., Joanne S. Osinoff, Esq., Office of the U.S. Attorney Civil & Tax Divisions, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM ***

Marin Robles–Doroteo and his wife Martha Heroina Gomez–Santos, natives

---

* Michael B. Mukasey is substituted for his predecessor, Alberto R. Gonzales, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

and citizens of Peru, petition for review of the Board of Immigration Appeals' order dismissing as untimely their appeal from an immigration judge's decision denying asylum and withholding of removal. Pursuant to the REAL ID Act of 2005, we construe Petitioners' transferred habeas petition as a petition for review. *See Martinez–Rosas v. Gonzales,* 424 F.3d 926, 928–29 (9th Cir.2005). We dismiss the petition for review.

We do not consider Petitioners' contentions because they were the subject of a previous petition for review. *See Robles–Doroteo v. Ashcroft,* 81 Fed.Appx. 253 (9th Cir.2003).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.